IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - NORTHERN DIVISION

| | |
|---|---|
| SHARON ELAINE ALLEN HOLMES,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF UTAH (Department of Workforce Services),<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:07-CV-103<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on February 4, 2008, recommending that this case be dismissed.

The parties were notified by mail of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and DISMISSES this case.

**IT IS SO ORDERED**

DATED this 27th day of February, 2008.

Dee Benson
United States District Judge